

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 2:09-CR-0239-KJD (GWF) |
| EDDIE LEE WILLIAMS, | ) |
| Defendant. | ) |

**FINAL ORDER OF FORFEITURE**

On July 23, 2010, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), based upon the plea of guilty by defendant EDDIE LEE WILLIAMS to a criminal offense, forfeiting specific property alleged in the Criminal Indictment and shown by the United States to have a requisite nexus to the offense to which defendant EDDIE LEE WILLIAMS pled guilty.

This Court finds the United States of America published the notice of the forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from July 30, 2010 through August 28, 2010, notifying all known third parties of their right to petition the Court.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

. . .

1   This Court finds no petitions are pending with regard to the assets named herein and the time

2   for presenting such petitions has expired.

3   THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right,

4   title, and interest in the property hereinafter described is condemned, forfeited, and vested in the

5   United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P.

6   32.2(c)(2); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section

7   2461(c); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to

8   law:

9   Ruger, New Model Blackhawk, .357 revolver, serial number 37-86735,

10   and any and all related ammunition

11   IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited

12   funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as

13   any income derived as a result of the United States of America's management of any property forfeited

14   herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

15   The Clerk is hereby directed to send copies of this Order to all counsel of record and three

16   certified copies to the United States Attorney's Office.

17   DATED this ___17___ day of ___Nov.___, 2010.

18

19

20

21   UNITED STATES DISTRICT JUDGE

22

23

24

25

26